857 F.2d 801
 273 U.S.App.D.C. 10
 In re SEALED CASE.
 Nos. 87-5261, 87-5264 and 87-5265.
 United States Court of Appeals,
District of Columbia Circuit.
 Sept. 21, 1988.
 
 Prior reports: 665 F.Supp. 56; D.C.Cir., 838 F.2d 476.
 Before RUTH BADER GINSBURG, SILBERMAN and WILLIAMS, Circuit Judges.
 JUDGMENT
 PER CURIAM.
 
 
 1
 Upon consideration of the opinion of the Supreme Court of the United States filed on June 29, 1988, --- U.S. ----, 108 S.Ct. 2597, 101 L.Ed.2d 569, and of the Mandate issued pursuant thereto, it is
 
 
 2
 ORDERED, by the court, that the judgments of the District Court on appeal herein are hereby affirmed.